# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JESUS CENTENO-PAREDES,<br><br>　　　　Defendant. | Case No.: 19-cr-1089-WQH<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

IS HEREBY ORDERED that the United States' Motion to Dismiss (ECF No. 44) is granted and the charges under the above-referenced case number currently pending against the Defendant, JESUS CENTENO-PAREDES, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**
Dated: October 23, 2019

　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court